| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Anthony Wayne Silvious** | Social Security number or ITIN **xxx–xx–6457** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Debra Sue Silvious** | Social Security number or ITIN **xxx–xx–3359** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Western District of Virginia** | | Date case filed for chapter **7   6/11/19** |
| Case number:  **19–50497** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| **1.** | **Debtor's full name** | Anthony Wayne Silvious | Debra Sue Silvious |
| **2.** | **All other names used in the last 8 years** | aka Tony Silvious | |
| **3.** | **Address** | 1212 Quicksburg Road<br>Quicksburg, VA 22847 | 1212 Quicksburg Road<br>Quicksburg, VA 22847 |
| **4.** | **Debtor's attorney**<br>Name and address | Douglas W. Harold Jr<br>1114 Fairfax Pike, Suite 10<br>White Post, VA 22663 | Contact phone (540) 869–0040 |
| **5.** | **Bankruptcy trustee**<br>Name and address | W Stephen Scott(80)<br>PO Box 1312<br>Charlottesville, VA 22902 | Contact phone (434) 227–5520 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

Debtor **Anthony Wayne Silvious** and **Debra Sue Silvious**                                                Case number **19–50497**

| 6. **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 116 N. Main St., Room 223<br>Harrisonburg, VA 22802 | Hours open 8 a.m. – 4:30 p.m.<br><br>Contact phone (540) 434–8327<br><br>Date: 6/11/19 |
|---|---|---|
| 7. **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 10, 2019 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>\*\*\* **Valid photo identification required** \*\*\* | Location:<br><br>**cr mtg, WDS, Courtroom, Historic, Courthouse, Court St. Entrance,, 103 N Main St.,, Woodstock,, VA 22664** |
| 8. **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 9/9/19** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                    page **2**

```
                          United States Bankruptcy Court
                           Western District of Virginia
In re:                                                      Case No. 19-50497-rbc
Anthony Wayne Silvious                                      Chapter 7
Debra Sue Silvious
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0423-5          User: admin              Page 1 of 1           Date Rcvd: Jun 11, 2019
                              Form ID: 309A            Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2019.
db/jdb         +Anthony Wayne Silvious,   Debra Sue Silvious,   1212 Quicksburg Road,
                 Quicksburg, VA 22847-1252
tr             +W Stephen Scott(80),    PO Box 1312,   Charlottesville, VA 22902-1312
4768487        +Mr. Cooper,   Attn: Bankruptcy,   8950 Cypress Waters Blvd.,   Coppell, Texas 75019-4620
4768492        +Shenandoah Memorial Hospital,   c/o J.L. Walston & Assoc.,   2609 N. Duke St, Ste 501,
                 Durham, NC 27704-3019
4768495        +Valley Health,   Attn: Bankruptcy,   220 Campus Blvd, Ste 210,
                 Winchester, Virginia 22601-2889
4768499        +Winchester Medical Valley Outreach,   c/o Credit Control Corporation,   PO Box 120568,
                 Newport News, Virginia 23612-0568

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: douglasharold@verizon.net Jun 11 2019 22:43:39     Douglas W. Harold, Jr,
                 1114 Fairfax Pike, Suite 10,   White Post, VA  22663
ust            +E-mail/Text: ustpregion04.rn.ecf@usdoj.gov Jun 11 2019 22:44:24     USTrustee,
                 Office of the United States Trustee,   210 First Street, Suite 505,   Roanoke, VA 24011-1620
4768483        +EDI: CAPITALONE.COM Jun 12 2019 02:28:00     Capital One,   Attn: Bankruptcy,   PO Box 30285,
                 Salt Lake City, Utah 84130-0285
4768484        +EDI: BLUESTEM Jun 12 2019 02:28:00     Fingerhut,   Attn: Bankruptcy,   PO Box 1250,
                 Saint Cloud, MN 56395-1250
4768485        +E-mail/Text: bncnotices@becket-lee.com Jun 11 2019 22:43:57     Kohl's/Capital One,
                 Attn: Bankruptcy,   PO Box 3120,   Milwaukee, Wisconsin 53201-3120
4768486        +EDI: RESURGENT.COM Jun 12 2019 02:28:00     LVNV Funding/Resurgent Capital,   Attn: Bankruptcy,
                 PO Box 10497,   Greenville, SC 29603-0497
4768488        +E-mail/Text: bknotices@mbandw.com Jun 11 2019 22:44:44     Ntelos,
                 c/o McCarthy Burgess & Wolff,   26000 Cannon Road,   Bedford Heights, OH 44146-1807
4768489        +EDI: AGFINANCE.COM Jun 12 2019 02:28:00     OneMain Financial,   Attn: Bankruptcy,
                 601 NW 2nd Street,   Evansville, IN 47708-1013
4768490        +EDI: AGFINANCE.COM Jun 12 2019 02:28:00     OneMain Financial,   1066 Hisey Ave # 103,
                 Woodstock, VA 22664-2088
4768491        +E-mail/Text: collect@ccsroanoke.com Jun 11 2019 22:45:01     Shenandoah Medical Imaging,
                 c/o Creditors Collection Service,   PO Box 21504,   Roanoke, VA 24018-0152
4768493        +EDI: RMSC.COM Jun 12 2019 02:28:00     Synchrony Bank - Care Credit,   Attn: Bankruptcy,
                 PO Box 965064,   Orlando, Florida 32896-5064
4768494        +EDI: RMSC.COM Jun 12 2019 02:28:00     Synchrony Bank - JC Penney,   Attn: Bankruptcy,
                 PO Box 965060,   Orlando, Florida 32896-5060
4768497        +EDI: BLUESTEM Jun 12 2019 02:28:00     Webbank - Fingerhut,   Attn: Bankruptcy,   PO Box 1250,
                 St Cloud, Minnesota 56395-1250
4768496        +EDI: BLUESTEM Jun 12 2019 02:28:00     Webbank - Fingerhut,   Attn: Bankruptcy,
                 6250 Ridgewood Road,   St Cloud, Minnesota 56303-0820
4768498        +E-mail/Text: bkrpt21@maxprofitsys.com Jun 11 2019 22:44:30     Winchester Eye Surgery Center,
                 c/o Valley Credit Service, Inc.,   PO Box 2162,   Hagerstown, MD 21742-2162
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2019 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0
```